MELINDA L. HAAG (CSBN132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
Facsimile:  (415) 436-6927
Email: juan.walker@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABF FREIGHT SYSTEMS, INC., ) | No. C-10-5188 SI |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | **TO CONTINUE INITIAL CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, WEST ) | |
| BAY BUILDERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant UNITED STATES OF AMERICA ("Federal Defendant"), Defendant WEST BAY BUILDERS, INC. ("WEST BAY") and Plaintiff ABF FREIGHT SYSTEMS, INC. ("ABF") by and through their respective counsel of record, do hereby stipulate as follows:

1. On February 23, 2011, the Court set the Initial Case Management Conference ("ICMC") in this matter for March 25, 2011 at 2:30pm in Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

2. Counsel for the Federal Defendant has a previously scheduled Case Management Conference set for March 25, 2011 at 1:30pm in the matter of *Korjavin v. U.S. Department of Education*, Case No. A.P. # 10-3036 DM, at the U.S. Bankruptcy Court, 235 Pine St. 22nd Fl., San Francisco, CA 94104.

STIPULATION AND [PROPOSED] ORDER
TO  CONTINUE INITIAL CMC
C 10-5188 SI                                                    1

3. Since the matters are located in different courthouses, Counsel for the Federal Defendant is concerned that he will not be able to make a timely appearance at the ICMC in this matter. The parties therefore request that the Court continue the ICMC in this matter to April 1, 2011 at 2:30 pm, or as soon thereafter as possible, and set the Joint Case Management Conference Statement to be filed one week prior to the ICMC.

DATED: March 8, 2011          MELINDA L. HAAG
                              United States Attorney

                              /s/
                              JUAN D. WALKER
                              Special Assistant United States Attorney
                              Attorneys for Federal Defendant

DATED: March 8, 2011          LEWIS BRISBOIS BISGAARD & SMITH LLP

                              /s/
                              MICHAEL S. ROMEO
                              Attorneys for Defendant WEST BAY

DATED: March 9, 2011          LAW OFFICE OF CLARK W. PATTEN

                              /s/
                              CLARK W. PATTEN
                              Attorneys for Plaintiff ABF

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ____3/10/11_____     _____
                                   SUSAN ILLSTON
                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL CMC
C 10-5188 SI                               2