1  MELINDA L. HAAG (CSBN132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JUAN D. WALKER (CSBN 208008)
   Assistant United States Attorney
4   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
5    Telephone: (415) 436-6915
     Facsimile:  (415) 436-6927
6    Email: juan.walker@usdoj.gov

7  Attorneys for the Federal Defendant

8  LEWIS BRISBOIS BISGAARD & SMITH LLP
   CHRISTOPHER J. NEVIS, SB# 162812
9  E-Mail: nevis@lbbslaw.com
   MICHAEL S. ROMEO, SB# 180978
10 E-Mail: romeo@lbbslaw.com
   One Sansome Street, Suite 1400
11 San Francisco, California 94104
   Telephone: (415) 362-2580
12 Facsimile: (415) 434-0882

13 Attorneys for Defendant WEST BAY BUILDERS, INC.

14 LAW OFFICES OF CLARK W. PATTEN
   Clark W. Patten (SBN 77707)
15 21C Orinda Way #362
   Orinda, CA 94563
16 E-mail: cpattenesq@gmail.com
   Attorneys for Plaintiff ABF FREIGHT SYSTEMS, INC.
17

18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION
21

22 ABF FREIGHT SYSTEMS, INC.,        )   No. C-10-5188 SI
                                     )
23         Plaintiff,                )
                                     )   **STIPULATION AND [~~PROPOSED~~] ORDER
24     v.                            )   REGARDING STAYING CASE PENDING
                                     )   RESOLUTION OF ADMINISTRATIVE
25 UNITED STATES OF AMERICA, WEST    )   CLAIM**
   BAY BUILDERS,                     )
26                                   )
           Defendants.               )
27 _____ )

28
   STIPULATION AND [PROPOSED] ORDER
   TO STAY CASE
   C 10-5188 SI                              1

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff ABF Freight Systems, Inc. filed the above-captioned Federal Tort Claims Act ("FTCA") action on or about November 16, 2010. Plaintiff claims it paid workers' compensation benefits to and on behalf of its employee, Thomas Mills, for injuries allegedly arising from a December 12, 2008 accident.

2. On or about December 9, 2010, Mr. Mills submitted an administrative claim, Standard Form 95, with the General Services Administration ("GSA") and Federal Protective Service, a division of the Department of Homeland Security ("DHS") for damages allegedly arising from the December 12, 2008 accident.  Mr. Mills's administrative claim was denied on March 23, 2011. By statute, if Mr. Mills chooses to file suit in district court, he must do so within 6 months of the denial of his administrative claim. Accordingly, Mr. Mills must file suit in district court on or before September 23, 2011.

3. On December 9, 2010, counsel for Mr. Mills, Dawn L. Hassell of the Hassell Law Group, P.C., filed a lawsuit in San Francisco Superior Court captioned *Thomas Mills v. West Bay Builders, Inc. et al.*, Case No. GCG-505005.  The suit is against Defendant West Bay Builders, Inc. and Security Consultants Group, Inc., who is not a party to the above-captioned matter. The state lawsuit seeks damages for personal injuries resulting from the December 8, 2008 accident.

4. If Mr. Mills files suit in district court regarding the December 12, 2008 accident, his complaint would involve substantially the same parties, allegations, and events as the above-captioned action.  Accordingly, the parties believe a stay until after the September 23, 2011 deadline for Mr. Mills to file suit in district court would promote economy, and avoid unnecessary duplication of labor or expense.

5. While the decision on the administrative claim filed by Mr. Mills was pending, the parties to this action entered a stipulation to stay the matter until August 5, 2011. The Court signed the order granting the stay on March 14, 2011.

//

//

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE
C 10-5188 SI                                                               2

6. For the above stated reasons, the parties stipulate to stay the above-captioned case until October 15, 2011, by which time the parties will know whether Mr. Mills has filed suit in district court.

DATED: July 13, 2011                MELINDA L. HAAG
                                    United States Attorney

                                    /s/
                                    JUAN D. WALKER
                                    Assistant United States Attorney
                                    Attorneys for Federal Defendant

DATED: July 13, 2011                LEWIS BRISBOIS BISGAARD & Mills LLP

                                    /s/
                                    MICHAEL S. ROMEO
                                    Attorneys for Defendant WEST BAY

DATED: July 13, 2011                LAW OFFICE OF CLARK W. PATTEN

                                    /s/
                                    CLARK W. PATTEN
                                    Attorneys for Plaintiff ABF

### [PROPOSED] ORDER

Pursuant to stipulation by the parties, the above-captioned case is stayed until October 1, 2011. The Initial Case Management Conference is continued from August 5, 2011 to October 28, 2011 at 2:30pm, and the parties will file a Joint Case Management Conference Statement one week prior to the Initial Case Management Conference.

IT IS SO ORDERED.

Dated: 7/14/11                      _____
                                    SUSAN ILSTON
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE
C 10-5188 SI                              3

**ATTESTATION OF CONCURRENCE IN FILING**

<u>ABF Freight Systems, Inc.  v. United States of America, et al.</u>, No. C 10-5188 SI

      In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from the other signatories listed on this document.

Dated: July 14, 2011                                        /s/

                                                               Juan D. Walker
Assistant U.S. Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile:   (415) 436-6748
Email: juan.walker@usdoj.gov