1   MELINDA L. HAAG (CSBN132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   JUAN D. WALKER (CSBN 208008)
    Assistant United States Attorney
4    450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6915
       Facsimile:   (415) 436-6748
6      Email: juan.walker@usdoj.gov

7   Attorneys for the Federal Defendant

8   LEWIS BRISBOIS BISGAARD & SMITH LLP
    CHRISTOPHER J. NEVIS, SB# 162812
9   E-Mail: nevis@lbbslaw.com
    MICHAEL S. ROMEO, SB# 180978
10  E-Mail: romeo@lbbslaw.com
    One Sansome Street, Suite 1400
11  San Francisco, California 94104
    Telephone: (415) 362-2580
12  Facsimile: (415) 434-0882

13  Attorneys for Defendant WEST BAY BUILDERS, INC.

14  LAW OFFICES OF CLARK W. PATTEN
    Clark W. Patten (SBN 77707)
15  21C Orinda Way #362
    Orinda, CA 94563
16  E-mail: cpattenesq@gmail.com

17  Attorneys for Plaintiff ABF FREIGHT SYSTEMS, INC.

18
    Albert G. Stoll, Jr. (SBN 164649)
19  Christian J. Einfeldt, (SBN 165953)
    Albert G. Stoll, Jr.  A Law Corporation
20  55 Francisco Street, Suite 403
    San Francisco, California 94133
21  Phone: (415) 576-1500
    E-mail: astoll@stoll-law.com
22
    Attorneys for Plaintiff Thomas Mills
23

STIPULATION AND [PROPOSED] ORDER
TO RELATE AND CONSOLIDATE CASES
C 10-5188 SI                                    1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ABF FREIGHT SYSTEMS, INC., | ) | No. C-10-5188 SI |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO RELATE AND CONSOLIDATE CASES** |
| | ) | |
| UNITED STATES OF AMERICA, WEST BAY BUILDERS, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff ABF Freight Systems, Inc. filed the above-captioned Federal Tort Claims Act ("FTCA") action on November 16, 2010, against Defendants United States of America and West Bay Builders, Inc. Plaintiff claims it paid workers' compensation benefits to and on behalf of its employee, Thomas Mills, for injuries allegedly arising from a slip and fall accident that occurred on or about December 12, 2008. At the request of the parties to this action, the Court stayed this matter until October 28, 2011 to determine whether Thomas Mills would file suit in this district.

2. On September 20, 2011, Plaintiff Thomas Mills, filed an FTCA complaint in this district captioned, *Thomas Mills v. United States of America*, Case No. CV-11-4663 (JCS). The complaint seeks damages from Defendant United States of America for injuries allegedly arising from the same slip and fall accident alleged in the instant action which occurred on or about December 12, 2008.

3. The parties believe that the two actions involve substantially the same parties, property and events, so the actions should be "related cases" within the meaning of Local Rule 3-12.

4. The parties believe that relating and consolidating the two actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

1  5. For the above stated reasons, the parties request that the Court relate and consolidate the two actions.

**SO STIPULATED.**

DATED: December 5, 2011      MELINDA L. HAAG
                             United States Attorney

                                    /s/
                             JUAN D. WALKER
                             Assistant United States Attorney
                             Attorneys for Federal Defendant

DATED: December 9, 2011      LEWIS BRISBOIS BISGAARD & Mills LLP

                                    /s/
                             MICHAEL S. ROMEO
                             Attorneys for Defendant WEST BAY

DATED: December 5, 2011      LAW OFFICE OF CLARK W. PATTEN

                                    /s/
                             CLARK W. PATTEN
                             Attorneys for Plaintiff ABF

DATED: December 8, 2011      ALBERT G. STOLL JR. | A Law Corporation

                                    /s/
                             CHRISTIAN J. EINFELDT
                             Attorneys for Plaintiff Thomas Mills

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/12/2011            _____
                             SUSAN ILLSTON
                             United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO RELATE AND CONSOLIDATE CASES
C 10-5188 SI                                    3