Law Offices of Clark W. Patten
Clark W. Patten   (Bar No. 77707)
21C Orinda Way   #362
Orinda, CA 94563
Telephone: (925) 258-9309
Facsimile: (925) 258-9569
Email:   cpattenesq@gmail.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABF FREIGHT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATE OF AMERICA, WEST BAY BUILDERS <br><br> Defendants | Case No.: CV-10-5188 SI <br> Consolidated with CV-11-4663 SI <br><br> ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |

In accord with the Stipulation of all parties allowing the filing of a First Amended Complaint by Plaintiff ABF Freights Systems, and good cause appearing therefore, it is

ORDERED that Plaintiff ABF Freight Systems is granted leave to file its First Amended Complaint.

Dated: ___4/10___, 2012

_____
Susan Ilston
United States District Court Judge

Order re Amended Complaint - 1 -