IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABF FREIGHT SYSTEMS, | No. C 10-05188 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| USA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 14, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 14, 2012.

DESIGNATION OF EXPERTS: 1/7/13; REBUTTAL: 1/21/13.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 8, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by March 22, 2013;

Opp. Due April 5, 2013; Reply Due April 12, 2013;

and set for hearing no later than April 26, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 28, 2013 at 3:30 PM.

JURY TRIAL DATE: June 10, 2013 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.
This case shall be referred to the Court's Mediation program. The mediation session shall occur in November 2012.
Counsel shall meet and confer re: amending the pleadings to include the state claims. Any amendment to the pleadings shall be made by the end of July 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/25/12

SUSAN ILLSTON
United States District Judge