IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABF FREIGHT SYSTEMS,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendant.<br>                                          / | No. C 10-05188 SI<br><br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 03/15/2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 03/22/2013.

DESIGNATION OF EXPERTS: 04/01/2013; REBUTTAL: 04/18/2013.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 06/03/2013.

DISPOSITIVE MOTIONS **SHALL** be filed by 06/14/2013;

    Opp. Due 06/28/2013;  Reply Due 07/05/2013;

    and set for hearing no later than 07/19/2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 08/27/2013 at 3:30 PM.

JURY TRIAL DATE: 09/30/2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
ADR completion deadline is continued to 02/28/2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/10/2012

                                                      SUSAN ILLSTON
                                                     United States District Judge