UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ABF FREIGHT SYSTEMS, INC.,<br>　　　　Plaintiff, | No. C 10-5188 SI |
| 　　v. | Consolidated with C11-4663 SI |
| UNITED STATES OF AMERICA, et al.,<br>　　　　Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION** |
| | Date:　　　February 5, 2013<br>Mediator:　Anne Lawlor Goyette Fleming |

　　　IT IS HEREBY ORDERED that the request for Plaintiff ABF Freight Systems' claims representative to be excused from personally attending the February 5, 2013, mediation session before Anne Lawlor Goyette is GRANTED. The claims representative shall be available to participate telephonically at all times during the pendency of the mediation session.

　　　IT IS SO ORDERED.

January 29, 2013　　　　　　　By:　　　　　　／s／ Maria-Elena James
Dated　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge