UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| THOMAS MILLS,<br>           Plaintiff, | No. C 11-4663 SI |
| v. | Consolidated with C10-5188 SI |
| UNITED STATES OF AMERICA, et al.,<br>           Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION** |
| | Date:         February 5, 2013<br>Mediator:   Anne Lawlor Goyette |

   IT IS HEREBY ORDERED that the request for Defendant Security Consultants, Inc.'s claims representative to be excused from personally attending the February 5, 2013, mediation session before Anne Lawlor Goyette is GRANTED.  The claims representative shall be available to participate telephonically at all times during the pendency of the mediation session in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

January 31, 2013             By:    _____
Dated                                              Maria-Elena James
                                              United States Magistrate Judge