UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ABF FREIGHT SYSTEMS, INC.,<br>    Plaintiff, | No. C 10-5188 SI |
| v. | Consolidated with C11-4663 SI |
| UNITED STATES OF AMERICA, et al.,<br>    Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION** |
| | Date:    April 23, 2013<br>Mediator:    Anne Lawlor Goyette Fleming |

IT IS HEREBY ORDERED that the request for Plaintiff ABF Freight Systems' claims representative to be excused from personally attending the April 23, 2013, mediation session before Anne Lawlor Goyette is GRANTED. The claims representative shall be available to participate telephonically at all times during the pendency of the mediation session.

IT IS SO ORDERED.

April 18, 2013            By: _____
Dated                                               Maria-Elena James
                                                          United States Magistrate Judge